902

No. 527. SMITH ET AL. *v.* HUMBLE OIL & REFINING Co., INC. C. A. 5th Cir. Certiorari denied.

No. 528. SOUTHWEST FOREST INDUSTRIES, INC. *v.* WESTINGHOUSE ELECTRIC CORP. C. A. 9th Cir. Certiorari denied.

No. 529. W. M. WEBB, INC., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 530. MARTIN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 531. CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION No. 171 *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 532. MORGAN *v.* METRO-GOLDWYN-MAYER, INC. Ct. App. Ariz. Certiorari denied.

No. 533. SOUTHERN STEVEDORING & CONTRACTING Co. *v.* D/S OVE SKOU. C. A. 5th Cir. Certiorari denied.

No. 535. WALLACE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 539. LOUISIANA TRAILER SALES, INC. *v.* HODGSON, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 546. WONG PAK YAN ET AL. *v.* RINALDI, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied.